JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7581-JFW (ROAx)**                                              Date: January 20, 2017

Title:   United African-Asian Abilities Club -v- 277 West Green Street Pasadena Fee Owner

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                              None

**PROCEEDINGS (IN CHAMBERS):**        ORDER OF DISMISSAL

  In the Notice of Settlement filed on January 19, 2017, Dkt. No. 16, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before February 21, 2017.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 21, 2017.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

  IT IS SO ORDERED.

Initials of Deputy Clerk   sr

S:\JFW\CIVIL CASES\United African v. Ekins 16-7851\LA 16 CV 07851 JFW - MO js6.wpd
(Rev. 1/14/15)